FORM TO BE USED BY A PERSON FILING A MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE UNDER 28 U.S.C. §2255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

Tremayne Lewis Sr
ID# 442-207
P.O. Box 534
Jessup, MD 20794

(Full name, date of birth, identification number and address of movant

Criminal Case No.: 1:14-cr-00117-RDB

Civil Action No.: 22-cv-1840
(Leave blank. To be filled in by Court.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

1. Name and location of the court which entered the judgment/conviction being challenged.

   United States District Court 101 W. Lombard St. Baltimore, MD 21201

2. Date of judgment or sentencing.

   2-23-15

3. Length of sentence.

   60 months

4. Nature of offense (all counts).

   Possession A Firearm in a drug trafficking crime!!

2255 Motion (Rev. 02/18/2005)

Unless directed otherwise, all communications to the Court about your case should be addressed to the Clerk of the Court.

**You must notify the Court in writing of any change in your address. Failure to do this may result in dismissal of your case.**

After you file the motion no communication about your case should be sent directly to any judge. If you want to ask the Court to do something, you should file a motion. Pleadings and motions should be filed with the Clerk and a copy should be mailed to the Assistant United States Attorney representing the government. It is important to include a certificate of service on anything you file showing when you mailed copies and to whom they were sent. The certificate of service appears at the end of the pleading or motion and looks like the sample below.

### CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, _____, a copy of this _____ (title of the document) _____, was mailed, postage prepaid, to (name and address of the attorney or person to whom you sent it).

(your signature_____)

It is <u>not</u> necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the government files a response to your motion and attaches as an exhibit a copy of a plea agreement, you do not have to attach a copy of that document to any motions or memoranda you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else.

5. What was your plea? (check one)

    (a)    Not Guilty    [ ]
    **(b)**    Guilty    [✓]
    (c)    Nolo Contendere    [ ]

If you entered different pleas to different counts or charges, explain.

_____

_____

6. Kind of trial. (check one)

    (a)    Jury    [ ]
    **(b)**    **Judge Only**    [✓]

7. Did you testify at the trial?

    Yes [✓]    No [ ]

8. Did you appeal from the judgment of conviction?

    Yes [ ]    No [✓]

If you answered yes, provide the following information:

A. What grounds did you raise?

_____

_____

_____

B. What was the result?

_____

    C.    What was the date of the decision by the Court of Appeals?

    _____

9.    Did you file a petition for writ of certiorari to the United States Supreme Court?

    Yes [ ]    No [✓]

    If you answered yes, what was the result?

    _____

    If you answered yes, what was the date of the decision by the Supreme Court?

    _____

10.    Other than a direct appeal, have you filed any petitions, applications, or motions challenging this judgment in any federal court?

    Yes [ ]    No [✓]

11.    If you answered yes, provide the following information for **each** petition, application, or motion:

    A.    Name and location of the court where you filed.

    _____

    B.    Describe what you filed and the date on which it was filed.

    _____

    C.    What grounds did you raise?

    _____

    _____

    _____

D. What was the result?

_____

E. What was the date of the decision?

_____

F. Did you appeal the decision?

   Yes [ ]           No [ ]

G. What was the result?

_____

H. If you did not appeal any adverse decision, explain why you did not appeal.

Only because My Lawyer told Me that "No Judge, or Jury" will ever believe I was set up by 7 (seven) crooked Baltimore City Police officer's of the LAW!

12. Do you CURRENTLY HAVE PENDING in any court any motion, petition, or appeal concerning the judgment being challenged in this petition?

   Yes [ ]           No [✓]

If you answered yes, describe what you filed, when, where, and its current status.

_____

_____

_____

13. In most cases federal law requires that a motion to vacate or set aside judgment be filed within one (1) year of the date your conviction became final. 28 U.S.C. § 2255. If this motion is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

My reason for filing this Motion past the (1) one

Year Mark is because My case is involving a key Member of the (GTTF) Daniel T. Hersl and I had to take care of my case IN State Court First. Plus I am getting New info on the GTTF daily!! (Baltimore Sun)

14. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

A. Ground One: INeffective Assistant of Counsel!!

Supporting Facts: My lawyer told me that the best thing for me to do with my type of record is pled guilty to all charges because the police word & Report is stronger then anything She could say or do going to Trial!!

B. Ground Two: INeffective Assistant of Councel!!

Supporting Facts: My Lawyer Ms Deborah Boardman had/has the video footage of the (GTTF) Officer Daniel T. Hersl Framing me for every count im charged with in this Federal case inside of my discovery!!

C. Ground Three: INeffective Assistant of Councel!!

Supporting Facts: My Lawyer Ms Deborah Boardman was given the video footage of the (GTTF) Officer Daniel T. Hersl Framing me on all Federal charges by my State lawyer and even provided the name and address of the woman who recorded the video and No type of follow up was made to see if I was telling the truth about me being Setup by (GTTF) officer Daniel T. Hersl as well as 6 other Baltimore City Police officer's according to the report used to Federaly indicted me on all Charges!!

2255 Motion (Rev. 02/18/2005)    5

D. Ground Four: _____

Supporting Facts:_____

_____

_____

15. If any of the issues that you are raising in this motion have not been previously presented, explain which issues are being raised for the first time and why.

All 3 of my issues are Just being rasided because I have Just GOT my hands on the Proof that I was setup by a GTTF officer Daniel T. Hersl!!

16. Do you have any other sentence(s) to be served after you complete the sentence(s)/commitment that is being challenged in this petition?

Yes [✓]        No [ ]

If you answered yes, provide the following information about each of your future sentences:

A. Name and location of the court that imposed the sentence.
In the Circuit Court for Baltimore City!! I dont KNOW nor do I have the address to the courthouse on N. Celvert st. Baltimore, Maryland

B. Length of the sentence. Life plus 31 years

C. Have you filed, or do you intend to file, a petition or motion attacking this sentence?

Yes [✓]        No [ ]

WHEREFORE, Movant prays that the Court grant him all relief to which he may be entitled in this action.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS 19th day of July, 2022.

*Tremayne Lewis Sr*
(original signature of movant)

Tremayne Lewis Sr ID# 442-207
P.O. Box 534
Jessup, Maryland 20794
(address of movant)

Mr. Tremayne Du*o*  #443207
P.O. Box 534
Jessup, Maryland 20794

Legal Mail

CAPITAL DISTRICT 208
20 JUL 2022 PM 4 L

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 25 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

C27

Clerk's Office
United States District Court
For the District of Maryland
Northern Division
101 W. Lombard Street
Baltimore, Maryland 21201

21201-260599





